USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1816 UNITED STATES, Appellee, v. DAVID J. JONES, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. D. Brock Hornby, U.S. District Judge] ___________________ ____________________ Before Cyr, Stahl and Lynch, Circuit Judges. ______________ ____________________ Neal K. Stillman on brief for appellant ________________ Jay P. McCloskey, United States Attorney, Margaret D. McGaughey, ________________ ______________________ Assistant U.S. Attorney, and Jonathan A. Toof, Assistant U.S. __________________ Attorney, on brief for appellee. ____________________ December 27, 1996 ____________________ Per Curiam. Upon careful review of the briefs and ___________ record, we find no merit in defendant's appellate contentions.  First, the imposition of an additional term of supervised release was within the district court's authority, see United States v. O'Neil, 11 F.3d 292, 301 (1st Cir. ___ ______________ ______ 1993), and so the district court did not err in refusing to vacate that term. We find no reason to depart here from the holding in O'Neil.  ______ Second, defendant was not entitled to credit for his home detention, see United States v. Reyes-Mercado, 22 F.3d ___ _____________ _____________ 363, 367-68 (1st Cir. 1994), and so the district court did not err in refusing to modify the sentence to include such credit.  Because the merits of this appeal are easily resolved in the government's favor, we do not address the government's objections regarding procedural waiver and jurisdictional defects in the district court and this court. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-